UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GRINER ENGINEERING, INC. | ) | Case No.: 1:12-cv-01423-JMS-TAB |
| | ) | |
| *Plaintiff* | ) | Honorable Jane Magnus-Stinson |
| | ) | |
| | ) | Magistrate Tim A. Baker |
| v. | ) | |
| | ) | |
| ALLIANCE-BRG, LTD., GREYSTONE, INC., KEY SAFETY SYSTEMS, INC. | ) | |
| | ) | |
| *Defendants* | ) | |

**DEFENDANT KEY SAFETY SYSTEMS, INC.'S
PRELIMINARY WITNESS LIST**

Defendant, Key Safety Systems, Inc. ("KSS"), submits this preliminary witness list pursuant to the Case Manage Plan:

1. John Griner, Griner Engineering, Inc.

2. Tandi Mosier, KSS, to be contacted through counsel for KSS.

3. Brian Schantz, KSS, to be contacted through counsel for KSS.

4. Greg Heald, KSS, to be contacted through counsel for KSS.

5. Bradley Hong, KSS, to be contacted through counsel for KSS.

6. Todd Bailey.

7. Lisa Hautau.

8. Any and all current or former employees, agents or representatives and keeper of the records of Griner Engineering, Inc. or any of its parents, subsidiaries or affiliates.

9. Any and all current or former employees, agents or representatives and keeper of the records of KSS or any of its parents, subsidiaries or affiliates.

{4201570:}

10. Any and all current or former employees, agents or representatives and keeper of the records of Greystone, Inc. or any of its parents, subsidiaries or affiliates.

11. Any and all current or former employees, agents or representatives and keeper of the records of Torco Sales or any of its parents, subsidiaries or affiliates.

12. Rebuttal experts, if necessary.

13. Any and all witnesses listed by any other party in this matter.

14. All individuals who give depositions in this matter.

15. In the event that any documentary evidence is admitted into evidence, KSS may call as a witness any individual concerned with such document, such as the individual authoring the document, the person to whom the document was addressed, the recipient of the document or copies of the document, persons referred to in the document and the like.

16. Any individuals listed or referenced in depositions, answers to interrogatories, initial disclosures and documents produced and/or requested in this case.

17. Any individuals who provide affidavits in this case.

18. KSS reserves the right to call rebuttal and/or impeachment witnesses as needed.

19. Should additional witnesses be identified or deemed necessary during the course of discovery, KSS reserves the right to supplement and/or amend this Witness List to add or delete witnesses as it deems necessary prior to the trial of this matter.

Dated: April 3, 2013                               Respectfully submitted,

                                                   s/ John E. Benko
                                                   John E. Benko (admitted *pro hac vice*)
                                                   Timothy J. Lowe (admitted *pro hac vice*)
                                                   MCDONALD HOPKINS PLC
                                                   39533 Woodward Ave., Suite 318
                                                   Bloomfield Hills, MI 48304
                                                   (248) 646-5070 – telephone
                                                   (248) 646-5075 – facsimile

{4201570:}

jbenko@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

{4201570:}

## Certificate of Service

I hereby certify that on April 3, 2013, a copy of the foregoing, Defendant Key Safety Systems, Inc.'s Preliminary Witness List, was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

Don W. Blevins
McAlpine & Associates
dwblevins@mcalpinelawfirm.com

Aaron O. Matthews
Clark Hill PLC
amatthews@clarkhill.com

Neal Bowling
John C. Trimble
Lewis Wagner, LLP
nbowling@lewiswagner.com
jtrimble@lewiswagner.com

Dated:  April 3, 2013

Respectfully submitted,

s/ John E. Benko
John E. Benko (admitted *pro hac vice*)
Timothy J. Lowe (admitted *pro hac vice*)
MCDONALD HOPKINS PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070 – telephone
(248) 646-5075 – facsimile
jbenko@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

{4090139:}