UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GRINER ENGINEERING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | CAUSE NO. 1:12-cv-01423-JMS-TAB |
| ) | |
| GREYSTONE, INC. and ) | |
| KEY SAFETY SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT GREYSTONE, INC.'S PRELIMINARY EXHIBIT LIST

Defendant, Greystone, Inc. ("Greystone"), by counsel, submits this preliminary exhibit list pursuant to the Case Management Plan:

1. Any and all documents or things contained in the Exhibit Lists of Griner Engineering, Inc. and/or Key Safety Systems, Inc.

2. The documents attached to Key Safety System's Motion to Dismiss for Improper Venue.

3. Any and all other documents necessary to rebut Griner Engineering, Inc.'s claims in this matter.

4. Should additional exhibits be identified or deemed necessary during the course of discovery, Greystone reserves the right to supplement and/or amend this Exhibit List.

Respectfully submitted,

LEWIS WAGNER, LLP

By:

*s/ Neal Bowling*
JOHN C. TRIMBLE,
Attorney No.1791-49
NEAL BOWLING,
Attorney No. 19278-41
*Counsel for Defendant, Greystone, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Clerk of the Court on April 3, 2013 using the CM/ECF system which sent notification of this filing to the following:

Mark L. McAlpine
Don W. Blevins
David M. Zack
McALPINE & ASSOCIATES
mlmcalpine@mcalpinelawfirm.com
dwblevins@mcalpinelawfirm.com
dmzack@mcalpinelawfirm.com

John E. Benko
Timothy J. Lowe
MCDONALD HOPKINS PLC
jbenko@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

                                      LEWIS WAGNER, LLP

                                      s/ *Neal Bowling*
                                      NEAL BOWLING
                                      Lewis Wagner, LLP
                                      501 Indiana Avenue, Suite 200
                                      Indianapolis, Indiana 46202
                                      (317) 237-0500